[No. 5360–1.   Division One.   April 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
CONCANNON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 75851, William C. Goodloe, J., entered January
21, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5548–1.   Division One.   April 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
LEE BOYD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80030, David C. Hunter, J., entered March 30,
1977. *Affirmed* by unpublished opinion per James, J., con-
curred in by Farris, C.J., and Ringold, J.

[No. 2223–3.   Division Three.   April 18, 1978.]

ARTHUR E. RISTE, ET AL, *Plaintiffs,* v. GERALD F.
COLLIER, ET AL, *Respondents,* RICHARD T.
MCCLAIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 58145, Waldo F. Stone, J., entered
December 17, 1976. *Affirmed in part* and *reversed in part*
by unpublished opinion per McInturff, J., concurred in by
Munson, C.J., and Green, J.